IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | CRIM. ACT. NO. 1:21-cr-173-TFM-B |
| ) | |
| SAMUEL DIXON   ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

On December 20, 2022, Defendant Samuel Dixon, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Counts One and Three of the Indictment (Doc. 1) both charging Knowingly and Intentionally Passing a Forged United States Treasury Check in violation of Title 18, United States Code, Section 472. *See* Docs. 22, 24. The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted. *See* Doc. 25. No objections were filed and the time frame has passed.

Accordingly, the Report and Recommendation (Doc. 25) is adopted as the opinion of the Court. The plea of guilty of the Defendant to Counts One and Three of the Indictment is accepted, and the Defendant is adjudged guilty of the offenses. The Defendant will remain in custody pending sentencing.

A sentencing hearing was previously scheduled for **March 23, 2023 at 10:30 a.m.**, under separate order. *See* Doc. 24.

**DONE** and **ORDERED** this 17th day of January, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE